# Notice Recipients

District/Off: 0315–2        User: auto        Date Created: 6/7/2022
Case: 21–22531–CMB        Form ID: 309        Total: 36

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Jeffrey Hunt | ecfpeoples@grblaw.com |
| aty | Jeffrey R. Hunt | jhunt@grblaw.com |
| aty | Keri P. Ebeck | kebeck@bernsteinlaw.com |
| aty | Paul W. McElrath, Jr. | ecf@mcelrathlaw.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Christopher Blazeyewski | 111 Kaplan Drive    Pittsburgh, PA 15227 |
| jdb | Diane Blazeyewski | 111 Kaplan Drive    Pittsburgh, PA 15227 |
| cr | Duquesne Light Company | c/o Bernstein–Burkley, P.C.    601 Grant Street, 9th Floor    Pittsburgh, PA 15219 |
| cr | Borough of Brentwood and Brentwood Borough School District | Jeffrey R. Hunt, Esquire    525 William Penn Place    Suite 3110    Pittsburgh    PA, 15219 UNITED STATES |
| cr | Peoples Natural Gas Company LLC | GRB Law    c/o Jeffrey R. Hunt, Esquire    525 William Penn Place, Suite 3110    Pittsburgh, PA 15219 UNITED STATES |
| 15441764 | American Info Source Lp | Post Office Box 248848    Oklahoma City, OK 73124–8848 |
| 15441765 | Atlantica, LLC | 9990 Richmond Avenue    Suite 400    Houston, TX 77042 |
| 15441766 | Borough Of Brentwood | Goehring, Rutter & Bohem    437 Grant Street 14th Floor    Pittsburgh, PA 15219 |
| 15448500 | Borough of Brentwood and Brentwood School District | c/o GRB Law    Jeffrey R. Hunt, Esquire    525 William Penn Place    Suite 3110    Pittsburgh, PA 15219 |
| 15434055 | Collection Service Center, Inc. | Attn: Bankrupcy    839 5th Ave    New Kensington, PA 15068 |
| 15441767 | Collection Service Center, Inc. | Attn: Bankrupcy    839 5th Ave    New Kensington, PA 15068 |
| 15441768 | Duquense Light Company | c/o Keri P. Ebeck Bernstien & Burkley PC    707 Grant Street Ste. 2200    Pittsburgh, PA 15219 |
| 15449323 | Duquesne Light Company | c/o Bernstein–Burkley, P.C.    601 Grant Street, 9th Floor    Pittsburgh, PA 15219 |
| 15434056 | Fortiva | Attn: Bankruptcy    Po Box 105555    Atlanta, GA 30348 |
| 15441769 | Fortiva | Attn: Bankruptcy    Po Box 105555    Atlanta, GA 30348 |
| 15441770 | PA Department of Revenue | Bankruptcy Division    PO Box 280946    Harrisburg, PA 17128–0496 |
| 15435616 | Pennsylvania Department of Revenue | Bankruptcy Division PO Box 280946    Harrisburg, PA 17128–0946 |
| 15441771 | Portfolio Recovery | PO Box 41067    Norfolk, VA 23541 |
| 15450477 | Portfolio Recovery Associates, LLC | POB 41067    Norfolk VA 23541 |
| 15450911 | SN SERVICING CORPORATION | 2001 WESTERN AVENUE, STE 400    SEATTLE, WA 98121 |
| 15461436 | SN Servicing Corporation | 323 Fifth Street    Eureka, CA 95501 |
| 15434057 | Selene Finance | Attn: Bankruptcy    Po Box 422039    Houston, TX 77242 |
| 15441772 | Selene Finance | Attn: Bankruptcy    Po Box 422039    Houston, TX 77242 |
| 15435798 | UNITED STATES DEPARTMENT OF EDUCATION | CLAIMS FILING UNIT    PO BOX 8973    MADISON WI 53708–8973 |
| 15434058 | USDOE/GLELSI | Attn: Bankruptcy    Po Box 7860    Madison, WI 53707 |
| 15441773 | USDOE/GLELSI | Attn: Bankruptcy    Po Box 7860    Madison, WI 53707 |
| 15434059 | Veritas Instrument Rental | Attn:: Bankruptcy    12475 44th St. N    Clearwater, FL 33762 |
| 15441774 | Veritas Instrument Rental | Attn:: Bankruptcy    12475 44th St. N    Clearwater, FL 33762 |
| 15434060 | Verizon | Verizon Wireless Bk Admin    500 Technology Dr Ste 550    Weldon Springs, MO 63304 |
| 15441775 | Verizon | Verizon Wireless Bk Admin    500 Technology Dr Ste 550    Weldon Springs, MO 63304 |

TOTAL: 30